The evidence adduced at the hearing and the depreciation rates established and standardized by the organized printing and lithographing trades sustain the contention of the taxpayer in part. The Board is of the opinion that the application of a uniform composite rate of 10 per cent per annum to the taxpayer's machinery account for the years in question would take care of the increased depreciation on new types of high-speed presses and of the obsolescence of machines made less useful by progress in the arts of printing and lithographing.

---

Appeal of **ROBERT H. CHAMPLIN.**          **Docket No. 1209.**

Submitted April 2, 1925; decided April 13, 1925.

*Robert H. Champlin*, the taxpayer, *pro se.*
*W. Frank Gibbs, Esq.*, for the Commissioner.

Before GRAUPNER and LANSDON.

This appeal is from a deficiency in income taxes for the years 1920 and 1921. The taxpayer appeared and testified on his own behalf, and from such testimony the Board makes the following

FINDINGS OF FACT.

1. Taxpayer is a resident of Centreville, R. I., and is an officer of the Champlin Lumber Co., a corporation.
2. The taxpayer was paid a salary by the corporation which was intended to cover traveling expenses incurred by him.
3. No evidence was presented to show that any definite sum had been paid by the taxpayer for specific expenses of traveling to any definite places as a necessary incident to his employment and the position which he held.

DECISION.

The determination of the Commissioner is approved.

---

Appeal of **LIVINGSTON WORSTED**          **Docket No. 1858.**
          **CO.**

Submitted April 2, 1925; decided April 13, 1925.

*Elmer J. Binford, Esq.*, for the taxpayer.
*A. H. Fast, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, AND TRUSSELL.

This is an appeal from an alleged determination of income and excess profits taxes for the years 1918 and 1919, as evidenced by the Commissioner's letters dated January 23, March 25, October 25,